AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 25-6478MB | 11/18/2025 9:18 am | At the residence |

Inventory made in the presence of :
Postal Inspector L. Irizarry

Inventory of the property taken and name of any person(s) seized:

See attached USPIS Search Warrant inventory sheets pages 1 - 6 for items seized from 7308 W. Krall St., Glendale, AZ.

Person seized was Andre Lamant Lewis based on District of Minnesota arrest warrant.

Items seized per incident to arrest:

1. $6,243.00 USC
2. 1 black Samsung cell phone
3. 1 Visa debit card ending in 7279

NOTHING FURTHER

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/19/2025

Jeffrey C. Agster Digitally signed by Jeffrey C. Agster Date: 2025.11.19 12:15:03 -07'00'
*Executing officer's signature*

Jeffery C. Agster, Postal Inspector
*Printed name and title*

# UNITED STATES POSTAL INSPECTION SERVICE
# INVENTORY FORM

Subject Name: LEWIS

Date: Nov. 18, 2025

Subject Address: 7308 W Krall St Glendale AZ 85303

Location Description(s): Room A - ENTRY CLOSET

Inspector(s): BRANDON / MARTEL

Case No. 4499644

| QUANTITY | DESCRIPTION OF ITEMS | PEAP LABEL *(If applicable)* |
|---|---|---|
| 1 | PMag 30 magazine + 15 5.56 rounds | 1S0001911037 |
| 1 | Smith + Wesson / Springfield, MA S/N TM94276 | 1S0001911026 |
| | Model M+P-15 | |
| | LMI | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DISTRIBUTION OF COPIES: White – Judge/Court (Return with Warrant)
Yellow – Inspector (Attach to Case Management)
Pink – Subject or Location Searched



IS Form 8164
UPDATED 03.10.2022
All previous versions of this form are obsolete

**UNITED STATES POSTAL INSPECTION SERVICE**
**INVENTORY FORM**

Subject Name: LEWIS

Date: Nov. 18, 2025

Subject Address: 7308 W Krall St Glendale, AZ 85303

Location Description(s): Room D - MASTER CLOSET

Inspector(s): GLASS/SPRINGER

Case No. 4499644

| QUANTITY | DESCRIPTION OF ITEMS | PEAP LABEL (If applicable) |
|---|---|---|
| 1 | Small scale w/ white substance | IS0001911035 ✓ |
| 2 | Small ziplock bags filled w/ white powder | IS0001911034 ✓ |
| 3 | Small ziplock bags w/ blue pills | IS0001911033 ✓ |
| | US Currency $10,000 | IS0001911027 ✓ |
| 1 | Jamaica Passport #A4031204 Andre Lewis | IS0001911024 |
| | LML | |

DISTRIBUTION OF COPIES: White – Judge/Court (Return with Warrant)
Yellow – Inspector (Attach to Case Management)
Pink – Subject or Location Searched



IS Form 8164
UPDATED 03.10.2022
All previous versions of this form are obsolete

# UNITED STATES POSTAL INSPECTION SERVICE
## INVENTORY FORM

Subject Name: LEWIS

Date: Nov. 18, 2025

Subject Address: 7308 W Krall St Glendale, AZ 85303

Location Description(s): ROOM B - MASTER BEDROOM

Inspector(s): BRANDON / GLASS

Case No. 4499644

| QUANTITY | DESCRIPTION OF ITEMS | PEAP LABEL *(If applicable)* |
|---|---|---|
| 1 | Samsung cellphone in blue/purple case | 15000191103b |
| | LM | |

DISTRIBUTION OF COPIES: White – Judge/Court (Return with Warrant)
Yellow – Inspector (Attach to Case Management)
Pink – Subject or Location Searched



IS Form 8164
UPDATED 03.10.2022
All previous versions of this form are obsolete

# UNITED STATES POSTAL INSPECTION SERVICE
# INVENTORY FORM

Subject Name: LEWIS

Date: Nov. 18, 2025

Subject Address: 7308 W Krall St Glendale, AZ 85303

Location Description(s): Room N - GARAGE

Inspector(s): MARTEL / HUNTER

Case No. 4499644

| QUANTITY | DESCRIPTION OF ITEMS | PEAP LABEL (If applicable) |
|---|---|---|
| 1 | black Samsung cell phone IMEI 354327820415924 | IS0001911032 ✓ |
| 1 | RG17-38 Special handgun S/N 56121 | IS0001911031 ✓ |
| 1 | S+W MMP 40 handgun S/N JEY9630 | IS0001911030 ✓ |
| 11 | 9x.40 rounds inside mag. 2x38 special | IS0001911028 ✓ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

LMI

DISTRIBUTION OF COPIES: White – Judge/Court (Return with Warrant)
Yellow – Inspector (Attach to Case Management)
Pink – Subject or Location Searched



IS Form 8164
UPDATED 03.10.2022
All previous versions of this form are obsolete

**UNITED STATES POSTAL INSPECTION SERVICE**
**INVENTORY FORM**

Subject Name: LEWIS

Date: Nov 18, 2025

Subject Address: 7308 W Krall St Glendale, AZ 85303

Location Description(s): Room G - KITCHEN

Inspector(s): HUYETT / BRANDON

Case No. 4499644

| QUANTITY | DESCRIPTION OF ITEMS | PEAP LABEL (If applicable) |
|---|---|---|
| 1 | black Samsung cellphone IMEI 351966625413510 | IS0001911029 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | LMI | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DISTRIBUTION OF COPIES:** White – Judge/Court (Return with Warrant)
Yellow – Inspector (Attach to Case Management)
Pink – Subject or Location Searched

Page 5 of 6

IS Form 8164
UPDATED 03.10.2022
All previous versions of this form are obsolete

INSPECTOR UNITED STATES POSTAL SERVICE U.S. MAIL

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: LEWIS Date: NOV 18, 2025

Subject Address: 7308 W Krall St Floor/Room No. M - MAILING SUPPLY ROOM

Inspector(s): BRANDON / HUYETT Case No. 4499644

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | black tablet 15000191025 ✓ |

LMI

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-Evidence Control Officer (Attach to PS Form 714)

Page 6 of 6 pages

PS Form 8164, October 1993

AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
7308 W. Krall St., Glendale, AZ 85303

Case No. 25-6478MB

**(Filed Under Seal)**

## AMENDED SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Amended Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Amended Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before December 1, 2025 *(not to exceed 14 days)* ☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for 30 days (*not to exceed 30*) ☐ until, the facts justifying, the later specific date of ____________________.

Date and time issued: November 17, 2025@3:33pm

[signature]
*Judge's signature*

City and state: Phoenix, Arizona

Honorable ALISON S. BACHUS, U.S. Magistrate Judge
*Printed name and title*

**AMENDED ATTACHMENT A**

*Property to be searched*

The property to be searched is **7308 W. Krall St., Glendale, AZ 85303** (the **SUBJECT RESIDENCE**). The **SUBJECT RESIDENCE** is a one-story white stucco home with tan/light trim, a brown shingled roof, solar panels are installed on the roof facing south, and a white two car garage door facing south. The front door faces south and is at the west end of the house. There is a dark colored wrought iron security gate on the front door. The numbers **7308** are in dark numbers on the trim of the house over the middle window, in the middle of the residence, to the right of the front door. The **SUBJECT RESIDENCE** is located on the corner of W. Krall St. and N. 73rd Dr.



## AMENDED ATTACHMENT B

*Property to be seized*

1. Any illegal controlled substances;

2. Books, records, receipts, notes, ledgers, invoices, and any other documentation related to the manufacture, importation, transportation, ordering, purchase, sale, or distribution of controlled substances;

3. Drug ledgers, drug customer lists, drug inventory lists, weights and prices, dealer lists, criminal associates lists, or any notes containing the individual names of such persons, telephone numbers or addresses of these customers or dealers, and any records of accounts receivable, money paid or received, drugs supplied or received, cash received, or to be paid for controlled substances, or intended to be paid for controlled substances;

4. Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

5. United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

6. Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

7. Currency counters;

8. Indicia of occupancy, residency, rental, ownership, or use of the Subject Residence and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements,

identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

9. Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, real and personal property, firearms, or controlled substances;

10. Paraphernalia related to the importation, transportation, use, or distribution of controlled substances or proceeds from the sale of controlled substances, including materials commonly used for the clandestine shipment thereof, including but not limited to, scales, bottles, mixing bowls, spoons, grinders, cutting agents, cutting boards, baggies, knives/razors, plastic wrap/cellophane, tape, seals, boxes, packaging materials, scent masking agents, shipping labels, and storage containers;

11. Firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition.

12. Computers, cellular telephones, tablets, and other media storage devices, such as thumb drives, CD-ROMs, DVDs, Blu Ray disks, memory cards, and SIM cards (hereafter referred to collectively as "electronic storage media");

13. Records evidencing ownership or use of electronic storage media, including sales receipts, registration records, and records of payment;

14. Any records and information found within the digital contents of any electronic storage media seized from the Subject Residence, including:

a. all information related to the sale, purchase, receipt, shipping, importation, transportation, transfer, possession, or use of drugs, drug packaging, and weapons;

b. all information related to buyers or sources of drugs or weapons (including names, addresses, telephone numbers, locations, or any other identifying information);

c. all bank records, checks, credit card bills, account information, or other financial records;

d. all information regarding the receipt, transfer, possession, transportation, or use of drug or firearm proceeds;

e. any information recording schedule or travel;

f. evidence of who used, owned, or controlled the electronic storage media at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, correspondence, and phonebooks;

g. evidence indicating how and when the electronic storage media were accessed or used to determine the chronological context of electronic storage media access, use, and events relating to crime under investigation and to the electronic storage media user;

h. evidence indicating the electronic storage media user's state of mind as it relates to the crime under investigation;

i. evidence of the attachment to an electronic storage medium of another storage device or similar container for electronic evidence;

j. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the electronic storage media;

k. evidence of the times the electronic storage media were used;

l. passwords, encryption keys, and other access devices that may be necessary to access the electronic storage media;

m. documentation and manuals that may be necessary to access the electronic storage media or to conduct a forensic examination of the electronic storage media;

n. records of or information about Internet Protocol addresses used by the electronic storage media;

o. records of or information about the electronic storage media's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any internet search engine, and records of user-typed web addresses;

p. contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, motion pictures, or photocopies). This shall include records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the computer, electronic device, or other storage medium.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized, copied, or disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.